Gregory Anthonus Lanier
FULL NAME

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
Wasco State Prison
P.O. Box 5500, Wasco, CA 93280
PRISON NUMBER (if applicable)
B.E. 5760

FILED
CLERK U.S. DISTRICT COURT
DEC 15 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Gregory Anthonus Lanier

PLAINTIFF,

v.

Los Angeles Sheriff Department
Chief Jim Donald

DEFENDANT(S).

CASE NUMBER **CV17-09019-R(AGR)**
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☑ No

   If your answer is no, explain why not  Pass, over due, Never receive grievance back within the time frame, 30 days.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  Gregory Authony Lanier
(print plaintiff's name)
who presently resides at  P.O. Box 5500 Wasco CA. 93280  State Prison
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
County OF Los Angeles SHERIFF'S Department, Los Angeles County
(institution/city where violation occurred)
Jail.

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## ACKNOWLEDGEMENT OF GRIEVANCE NOTICE

**REFERENCE #: 5800-2017-1004-002**

**GRIEVANCE INFORMATION:**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5113835 | LANIER | GREGORY | ANTHONY |

| Facility | Housing Location | Date of Notice | |
|---|---|---|---|
| TTCF | T272 A 001U | 2017-10-10 | |

**STATUS:**

**Status:** Grievance Received

**Comments:** This serves as notice to you that your grievance has been received by the unit inmate grievance team and is being investigated.

---

**Time Frames**

- A grievance must be filed by an inmate within fifteen (15) calendar days from the date of the incident.
- Grievances will be investigated and resolved generally within fifteen (15) calendar days from the date the grievance was received by the Sheriff's Department.
- You will be informed of the disposition of your grievance in writing.

**Abuse of Grievance Advisory**

To prevent duplicate entries and the disruption of orderly and timely processing of grievances, inmates may not submit multiple requests, grievances, or appeals regarding the same topic without allowing sufficient time for a Department investigation and disposition. An inmate may be suspected of abusing the grievance system if the inmate submits:

- repeated grievances regarding the same issue without allowing sufficient time for a response.
- repeated grievances for issues that have already been addressed and/or resolved.
- repeated grievances regarding an issue for which the inmate has exhausted his/her administrative remedies or time constraints.
- repeated grievances that are frivolous, malicious, or include abusive, foul, or obscene language.

**Note:** Inmates found to have continued to file excessive grievances may have their grievance filing privileges restricted.

---

The length of time required to appropriately address your grievance may vary and is dependent on the complexity of your claim. The following estimated response times have been provided as a guide:

| Estimated Response Times ||
|---|---|
| Grievances Against Staff | *15-30 days |
| Housing Services:<br>Living conditions, food, showers, clothing, linen, bedding, commissary, account balance, property, mail, and educational programs | 15 days |
| Health Care (Non-emergent):<br>Medical, mental health, dental, and ADA | *1-15 days |
| *Response times may be extended depending on the type and nature of the investigation. ||

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTICE OF GRIEVANCE MODIFICATION

**REFERENCE #: 5800-2017-1004-002**

**GRIEVANCE INFORMATION:**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5113835 | LANIER | GREGORY | ANTHONY |
| Facility | Housing Location | Date of Collection | Response Due Date |
| TTCF | T272 A 001U | 10/08/2017 | 10/23/2017 |

**STATUS:**

**Status:** Grievance Modification

**Comments:** A grievance which you submitted as an emergency has been received and is being addressed. Based on a preliminary review of the issue(s) described, the grievance does not meet the criteria for emergency handling and has been modified to be handled as a non-emergency. Since a final disposition of your grievance has not yet been determined, this notice of modification is not subject to appeal. Your grievance will be responded to within 15 days, in keeping with the time frames established for general grievances.

| Status Notification Issued by: | Employee #: |
|---|---|
| Walsh | 486603 |

| Adjusted Due Date: 10/23/2017 |
|---|

| **INMATE GRIEVANCE CATEGORIES** |
|---|
| Inmate grievances are reviewed and responded to according to the Department's established time frames, depending on the category.<br><br>**Emergency Grievances**<br>A grievance will be handled as an emergency grievance when it is determined that a disposition according to the regular time limits would subject an inmate to immediate risk of death, personal injury, or irreparable harm. The Department will provide a response to an emergency grievance within five (5) days.<br><br>**General Grievances**<br>A grievance concerning non-emergent matters regarding any aspect of an inmate's incarceration will be handled as a general grievance. The Department will provide a response to a general grievance within fifteen (15) days. |

on (date or dates) __11-4-2017__ , __10-4-2017__ , _____
                   (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Los Angeles Sheriffs__ resides or works at
   (full name of first defendant)
   __Los Angeles County Jail__
   (full address of first defendant)
   __Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Excessive use of Force, causing great bodily injury. Physical__
   __disfiguration to inmate face__

2. Defendant __Los Angeles Sheriff__ resides or works at
   (full name of first defendant)
   __Los Angeles County Jail__
   (full address of first defendant)
   __SHERIFF__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Falsified legal documentation of incedent. Irresponsible or unethical__
   __conduct in individual, official capacity, as A officer of the law__

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Excessive use of Force, Causeing Great Bodily Injurys. Irresponsible or Unethical Conduct From Law Inforcement officer. Physical disfiguration to a Prisoner

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 10-4-17 During Court line movement "morning time" I walk over to the Deputys and ask Could I Please see the Nurse for my Blood Pressure medication befor I go to Court. man Deputy told me to turn around and cuff up, which I did as I was ordered. The man Deputy (name unknown at this time) along with a Female Deputy (name also unknown at this time) escorted me to the back of Pod 242 and stood me right up against a 4 set medal Table. The man Deputy stood behind me holding the hand cuff behind my back. I ask to speak with a Sgt, next thing I felt was a great deal of Force hitting me in my back that bend my upper body over so fast and hard, my head hit the Medal Table breaking my Front upper left tooth, and spliting my bottom lip wide open. I was rush from Los Angeles County jail to USC Medical Center where I received 7 stitches in my bottom lip, and told by the Doctor my Front left tooth may have to be remove

DEFENDANT. 2, Accessory, Coving up a Crime against prisoner

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

One million Dollars

11-12-17
(Date)

Gregg Junin
(Signature of Plaintiff)

Gregory [Lamer] B[...]
P O Box 5500    cell 3-5 131L6W
Wasco, California.
              93280



CV

United State District Court of California
312 North Spring Street # G-8
Los Angeles, California. 90012-4793

Attention: Civil Section

Legal Mail



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 1 1 2017
CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY

