JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY ANTHONY LANIER, | Case No. 17-CV-09019-R (AGR) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE MATTER** |
| v. | |
| JIM MCDONNELL, LOS ANGELES COUNTY, and JOHN DOES 1 to 10, | |
| Defendants. | Trial Date: November 5, 2019 |

## **ORDER**

Good cause appearing, defendants the County of Los Angeles and Gregory Afsharian are hereby dismissed without prejudice. All parties are to bear their own costs arising out of this dismissal.

Dated: __October 7__, 2019          By: _/s/ Gary Klausner_
                                              Honorable R. Gary Klausner
                                              United States Judge

1
ORDER RE STIPULATION OF DISMISSAL