UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREGORY ANTHONY LANIER,<br><br>Plaintiff,<br><br>v.<br><br>JIM MCDONNELL, LOS ANGELES COUNTY, and JOHN DOES 1 to 10,<br><br>Defendants. | CASE NO. 17-CV-09019-R-AGR<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJDICE OF ENTIRE MATTER [103]**<br><br>Action Filed: December 15, 2017<br>Trial Date: vacated |

### ORDER

Good cause appearing, defendants County of Los Angeles and Gregory Afsharian are hereby dismissed with prejudice and the matter is dismissed in its entirety. All parties are to bear their own costs arising out of this dismissal.

Dated: May 8, 2020      By: *Virginia A. Phillips*
                               Honorable Virginia A. Phillips
                               Chief United States District Judge

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**